**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Silver Trident Distributions LLC | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | C & B Chemical | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 1 7 7 6 0 0 3 | |
| **4. Debtor's address** | **Principal place of business**  2453 N Pinewood Ln  Number    Street  Conroe, TX 77306-5551  City                    State   ZIP Code  Montgomery  County | **Mailing address, if different from principal place of business**  25010 Pavonia Lake Ln  Number    Street  P.O. Box  Tomball, TX 77375-1675  City                    State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City                    State   ZIP Code |
| **5. Debtor's website (URL)** | www.cbcheminc.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor    Silver Trident Distributions LLC    Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  3  2  5  6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY
        District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                            MM / DD / YYYY
        Case number, if known _____

Debtor Silver Trident Distributions LLC
Name

Case number *(if known)* ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______

City ______ State ______ ZIP Code ______

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  __Silver Trident Distributions LLC_____  Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __06/01/2023__
            MM/ DD/ YYYY

**X**  __/s/ Virendra A. Patel_____     _____Virendra A. Patel_____
    Signature of authorized representative of debtor     Printed name

Title  _____Owner_____

**18. Signature of attorney**

**X**  _____/s/ Michael L. Hardwick_____     Date  __06/01/2023__
    Signature of attorney for debtor              MM/ DD/ YYYY

 Michael L. Hardwick_____
Printed name

 Michael Hardwick Law, PLLC_____
Firm name

 2200 North Loop West Ste 345_____
Number     Street

 Houston_____   TX_____   77018-1757_____
City                                       State       ZIP Code

 (832) 930-9090_____     michael@michaelhardwicklaw.com____
Contact phone                           Email address

 24088745_____   TX_____
Bar number                                  State

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Silver Trident Distributions LLC**                             CASE NO

                                                                        CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____06/01/2023_____     Signature _____     /s/ Virendra A. Patel_____
                                                                    Virendra A. Patel, Owner

American Express
Po Box 6031
Carol Stream, IL 60197-6031


Brenntag
Po Box 970230
Dallas, TX 75397-0230


Casey Ingredients
3660 Thousand Oaks Dr Ste 304
San Antonio, TX 78247-3139


D&D Essentials Fragrance
2413 S Shiloh Rd Ste B
Garland, TX 75041-1344


Daxx LLC
7155 Old Katy Rd Ste N170
Houston, TX 77024-2134


DeWolf
300 Jefferson Blvd Ste 206
Warwick, RI 02888-3860


HiTech
33106 W 8 Mile Rd
Farmington, MI 48336-5400


IOU Central, Inc
c/o AMA Recovery Group
3131 Eastside St Ste 435
Houston, TX 77098-1935

IOU Central, Inc dba IOU Financial, Inc
600 Townpark Ln Nw Ste 100
Kennesaw, GA 30144-3736


IOU Central, Inc dba IOU Financial, Inc
c/o Hoover Slovacek LLP
5051 Westheimer Rd Ste 1200
Houston, TX 77056-5839

JPMorgan Chase Bank NA
PO Box 6294
Carol Stream, IL 60197


Live Oak Bank
1757 Tiburon Dr
Wilmington, NC 28403-6244


Ondeck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133


Ondeck
901 N Stuart St 7th Fl
Arlington, VA 22203-4418


Pipeline Packaging
27157 Network Pl
Chicago, IL 60673-1271


Rapid Finance
4500 East West Hwy 6th Floor
Bethesda, MD 20814-3327

RedOx
8105 Rasor Blvd Ste 243
Plano, TX 75024-0341


Texas Analine Dye
PO Box 477
1046 Austin St
Hempstead, TX 77445-4517


Univar Inc
Po Box 249027
Dallas, TX 75284-0001


West Texas Drum
8950 Fm 1405 Rd
Baytown, TX 77523-8665





# Franchise Tax Account Status
As of : 06/07/2023 08:19:47

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| SILVER TRIDENT DISTRIBUTIONS LLC. ||
|---:|:---|
| Texas Taxpayer Number | 32041355648 |
| Mailing Address | 25010 PAVONIA LAKE LN THE WOODLANDS, TX 77375-1675 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 03/04/2010 |
| Texas SOS File Number | 0801238554 |
| Registered Agent Name | VIRENDRA PATEL |
| Registered Office Street Address | 9521 W. LITTLE YORK RD HOUSTON, TX 77024 |

# Silver Trident Distributions LLC
## Corporate Resolution to file Chapter 11 Bankruptcy

WHEREAS, the Corporation is unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 11 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code. It is further;

RESOLVED, that the Corporation hire and retain Michael Hardwick Law, PLLC as attorney for the Corporation, to prepare and file the Chapter 11 case and represent it in connection therewith.

The undersigned hereby certifies that he is the Owner and the custodian of the books and records of Silver Trident Distributions LLC, a limited liability corporation duly formed pursuant to the laws of the State of Texas, and that the foregoing is a true record of a resolution duly adopted on June 1, 2023, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Owner of the above-named Corporation on June 1, 2023.


By: _____
Virendra A. Patel
Owner, Silver Trident Distributions, LLC